1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8  MARIA J. RUIZ,                          )
                                           )
9              Plaintiff,                  )       Case No.  2:12-cv-00118-JCM-GWF
                                           )
10  vs.                                    )       **ORDER**
                                           )
11  AMERA MORTGAGE CORPORATION, et al.,    )
                                           )
12             Defendants.                 )
    _____)
13

14        This matter is before the Court on the parties' failure to file a Joint Status Report.  The

15  Minutes of the Court dated January 23, 2012, required the parties to file a Joint Status Report

16  regarding removed action no later than February 25, 2012.  To date the parties have not complied.

17  Accordingly,

18        **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than

19  **March 15, 2012,** which must:

20        1.    Set forth the status of this action, including a list of any pending motions and/or

21              other matters which require the attention of this court.

22        2.    Include a statement by counsel of action required to be taken by this court.

23        3.    Include as attachments copies of any pending motions, responses and replies thereto

24              and/or any other matters requiring the court's attention not previously attached to the

25              notice of removal.

26  . . .

27  . . .

28  . . .

1   Failure to comply may result in the issuance of an order to show cause why sanctions should not be

2   imposed.

3          DATED this 5th day of March, 2012.

4

5                                              _____

6                                              GEORGE FOLEY, JR.
                                               United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28