UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA J. RUIZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERA MORTGAGE CORPOR-<br>ATION, et al.,<br><br>　　　　Defendants. | 2:12-CV-118 JCM (GWF) |

**ORDER**

Presently before the court is the matter of *Ruiz v. Amera Mortgage Corporation et. al.*, 2:12-cv-00118-JCM-GWF.

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice."

Plaintiff Maria Ruiz's case was removed to this court on January 23, 2012.  (Doc. #1). Pursuant to Federal Rule of Civil Procedure 4(m), on February 24, 2012, the clerk of the court provided notice to plaintiff that the action would be dismissed as to defendants Amera Mortgage Corporation and Alliance Title Company of Nevada if Ruiz did not file proof of service of process by March 25, 2012.  (Doc. #7).

To date, the court has not received proof of service of process as to defendants Amera Mortgage Corporation and Alliance Title Company of Nevada, as required under Rule 4(m).

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case be, and the same hereby is, DISMISSED without prejudice as to defendants Amera Mortgage Corporation and Alliance Title Company of Nevada.

DATED April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -